UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 
: No. 3:19-CR- 176
v. :
:
TROY J. BLANCHARD and : (Judge           )
JUSTIN PETTY, :
        Defendants :

FILED
SCRANTON
JUN 0 4 2019
PER _____ DEPUTY CLERK

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1
Retaliation Against a Witness, Victim, or Informant
18 U.S.C. §§ 1513(b)(2) and 2.

On or about February 18, 2019, in Wayne County, within the Middle District of Pennsylvania, the defendants,

**TROY J. BLANCHARD and JUSTIN PETTY,**

did knowingly attempt to engage in and did knowingly engage in conduct and thereby cause bodily injury to an individual with initials "A.A." with the intent to retaliate against "A.A." for any information relating to the commission or possible commission of a federal offense given by "A.A." to a law enforcement officer.

In violation of Title 18, United States Code, Sections 1513(b)(2) and

1

2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>
Assault with Intent to Commit a Felony
18 U.S.C. §§ 113(a)(2) and 2

On or about February 18, 2019, in Wayne County, within the Middle District of Pennsylvania, the defendants,

**TROY J. BLANCHARD and JUSTIN PETTY,**

at a place within the special maritime and territorial jurisdiction of the United States, namely United States Penitentiary, Canaan ("USP Canaan"), a federal correctional facility on land acquired for use by the United States and under its jurisdiction, did knowingly assault an individual with initials "A.A." by repeatedly striking "A.A." about the head with closed fists and with the intent to commit a felony, namely, Retaliation Against a Victim, Witness, or Informant, in violation of Title 18, United States Code, Section 1513(b)(2).

All in violation of Title 18, United States Code, Sections 7(3), 113(a)(2) and 2.

2

THE GRAND JURY FURTHER CHARGES:

<div align="center">

### COUNT 3
Assault with a Dangerous Weapon
18 U.S.C. §§ 113(a)(3) and 2

</div>

On or about February 18, 2019, in Wayne County, within the Middle District of Pennsylvania, the defendants,

<div align="center">

**TROY J. BLANCHARD and JUSTIN PETTY,**

</div>

at a place within the special maritime and territorial jurisdiction of the United States, namely United States Penitentiary, Canaan ("USP Canaan"), a federal correctional facility on land acquired for use by the United States and under its jurisdiction, did knowingly assault an individual with the initials "A.A." by repeatedly kicking "A.A." with a dangerous weapon, to wit, a shod foot, with the intent to do bodily harm to "A.A."

In violation of Title 18, United States Code, Sections 7(3), 113(a)(3) and 2.

THE GRAND JURY FURTHER CHARGES:

**COUNT 4**
**Assault by Striking, Beating or Wounding**
**18 U.S.C. §§ 113(a)(4) and 2**

On or about February 18, 2019, in Wayne County, within the Middle District of Pennsylvania, the defendants,

**TROY J. BLANCHARD and JUSTIN PETTY,**

at a place within the special maritime and territorial jurisdiction of the United States, namely United States Penitentiary, Canaan ("USP Canaan"), a federal correctional facility on land acquired for use by the United States and under its jurisdiction, did knowingly assault an individual with initials "A.A." by striking, beating and wounding "A.A."

In violation of Title 18, United States Code, Sections 7(3), 113(a)(4) and 2.

A TRUE BILL

[redacted]

Date: 6/4/19

DAVID J. FREED
United States Attorney

By: ______________________
JEFFERY ST JOHN
Assistant United States Attorney